```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
GIZELLA WEISSHAUS,                      :
                         Plaintiff,     :
                                        :
            -v-                         :
                                        :
THE STATE OF NEW YORK; THE OFFICE OF    :
COURT ADMINISTRATION OF THE UNIFIED     :   08 Civ. 4053 (DLC)
COURT SYSTEM; THOMAS J. CAHILL, in his  :
official and individual capacity;       :        ORDER
JUDITH N. STEIN, in her official and    :
individual capacity; HAL R. LIEBERMAN,  :
in his official and individual          :
capacity; EDWARD D. FAGAN; JOHN and     :
JANE DOES, 1-20,                        :
                         Defendants.    :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

DENISE COTE, District Judge:

The above-referenced case has been assigned to this Court. The complaint was filed with the Court on April 30, 2008, but our files reflect that the complaint was never served on the defendants. It is hereby

ORDERED that the plaintiff communicate with the Court, in writing, as to why plaintiff has failed to serve the summons and complaint within the 120 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if you believe that the defendant(s) has/have been served, when and in what manner such service was made.

IT IS FURTHER ORDERED that if we do not receive any communication from you by October 3, 2008, showing good cause

why such service was not made within the 120 days, the Court will dismiss the case.

In addition, in the event that your address changes, please be sure to inform the Court of your new address.  Failure to do so may result in dismissal of your lawsuit.

SO ORDERED:

Dated:   New York, New York
         September 3, 2008

_____
DENISE COTE
United States District Judge

Copy sent to:

Gizella Weisshaus
203 Wilson Street
Brooklyn, NY 11211