UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
GIZELLA WEISSHAUS,                      :
                         Plaintiff,     :
                                        :
        -v-                             :
                                        :
THE STATE OF NEW YORK; THE OFFICE OF    :
COURT ADMINISTRATION OF THE UNIFIED     :
COURT SYSTEM; THOMAS J. CAHILL, in his  :
official and individual capacity;       :
JUDITH N. STEIN, in her official and    :
individual capacity; HAL R. LIEBERMAN,  :
in his official and individual          :
capacity; EDWARD D. FAGAN; ALAN W.      :
FRIEDBERG, in his official and          :
individual capacity; SAUL E. FEDER; MEL :
URBACH, and JOHN and JANE DOES, 1-20,   :
                        Defendants.     :
                                        :
----------------------------------------X

08 Civ. 4053 (DLC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-6-09

DENISE COTE, District Judge:

By an Order dated November 2, 2009, the Court denied
plaintiff's motion for a protective order to prevent defendant
Fagan from taking plaintiff's deposition.  In a letter dated
November 3, 2009, plaintiff requests that the Court reconsider
her motion for a protective order.  It is hereby

ORDERED that plaintiff's request for reconsideration is
denied.

IT IS FURTHER ORDERED that pursuant to the November 2
Order, the parties must contact the Pro Se Clerk's Office by
November 6 at 5:00pm to arrange a date for defendant Fagan to

take plaintiff's deposition before Magistrate Judge Fox during
the week of November 9.

    SO ORDERED:

Dated:    New York, New York
         November 6, 2009

                                 DENISE COTE
                       United States District Judge

COPIES SENT TO:


Gizella Weisshaus                          Edward D. Fagan, Esq.
203 Wilson Street                          10 Ferncliff Terrace
Brooklyn, NY 11211                         Short Hills, NJ 07078


Magistrate Judge Fox