UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
GIZELLA WEISSHAUS,                      :
                          Plaintiff,    :
                                        :
          -v-                           :
                                        :
THE STATE OF NEW YORK; THE OFFICE OF    :
COURT ADMINISTRATION OF THE UNIFIED     :
COURT SYSTEM; THOMAS J. CAHILL, in his  :   08 Civ. 4053 (DLC)
official and individual capacity;       :
JUDITH N. STEIN, in her official and    :        ORDER
individual capacity; HAL R. LIEBERMAN,  :
in his official and individual          :
capacity; EDWARD D. FAGAN; ALAN W.      :
FRIEDBERG, in his official and          :
individual capacity; SAUL E. FEDER; MEL :
URBACH, and JOHN and JANE DOES, 1-20,   :
                          Defendants.   :
----------------------------------------X

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: 11-19-09        │
└─────────────────────────────┘
```

DENISE COTE, District Judge:

A conference with the parties was held on November 19,
2009.  For the reasons stated on the record, it is hereby

ORDERED that defendant Fagan's response to plaintiff's
motion to disqualify shall be filed by **November 23**.  Plaintiff's
response shall be filed by **November 25**.  At the time plaintiff's
response is served the moving party shall supply two courtesy
copies of all motion papers to Chambers by delivering them to
the Courthouse Mailroom, 8th Floor, United States Courthouse,
500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that plaintiff shall respond to
defendant Fagan's document production requests by **November 30**.

IT IS FURTHER ORDERED that Ms. Weisshaus shall make herself
available, subject to necessary medical restrictions, for her
deposition before Magistrate Judge Fox by **December 18**.

IT IS FURTHER ORDERED that any motion for summary judgment
must be filed by **January 22, 2010**.  The opposition shall be due
**February 19**.  Any reply shall be filed by **March 5**.  At the time
any reply is filed, each party shall provide one courtesy copy
of its motion papers to the Pro Se Clerk's Office, United States
Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:    New York, New York
          November 19, 2009

                            _____
                              DENISE COTE
                            United States District Judge

COPIES SENT TO:

Edward D. Fagan, Esq.                    Freddie J. Berg
10 Ferncliff Terrace                     Fred J. Berg Law Office
Short Hills, NJ 07078                    21 West 86th Street #212
                                         New York, NY 10024


Magistrate Judge Fox