```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
GIZELLA WEISSHAUS,                      :
                       Plaintiff,       :
                                        :      08 Civ. 4053 (DLC)
          -v-                           :
                                        :           ORDER
EDWARD D. FAGAN,                        :
                       Defendant.       :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/10

DENISE COTE, District Judge:

By letter dated April 4, 2010, pro se defendant Edward Fagan ("Fagan") requests an extension of the briefing schedule for the parties' cross-motions for summary judgment. On March 8, plaintiff Gizella Weisshaus ("Weisshaus") timely filed her motion for summary judgment. The April 4 letter indicates that Fagan timely served his motion for summary judgment on March 8, but the motion was not filed with the Clerk of Court. Weisshaus timely filed her opposition to Fagan's motion for summary judgment on March 26. Fagan requests an extension of time to serve and file his opposition to Weisshaus' motion for summary judgment. Fagan also requests an extension of time by which the parties must serve and file their replies. It is hereby

ORDERED that Fagan must file his previously served motion for summary judgment with the Clerk of Court no later than **April 9, 2010**. Fagan must serve and file his opposition to Weisshaus'

motion for summary judgment by **April 16, 2010**. The parties must serve and file their replies, if any, by **April 23, 2010**.

IT IS FURTHER ORDERED that at the time either party files any motion papers, the party shall supply one (1) courtesy copy to Chambers by mailing or delivering it to the Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         April 6, 2010

                                   _____
                                            DENISE COTE
                                   United States District Judge

COPIES SENT TO:

Edward D. Fagan, Esq.  
10 Ferncliff Terrace  
Short Hills, NJ 07078

Freddie J. Berg  
P.O. Box 87  
New York, NY 10276